FILED
United States Court of Appeals
Tenth Circuit

November 12, 2019

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ERIK N. DIXON, JR.,

    Defendant - Appellant.

No. 19-3149
(D.C. No. 6:17-CR-10101-EFM-1)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **HOLMES**, **MATHESON**, and **PHILLIPS**, Circuit Judges.
_____

Erik Dixon, Jr. pleaded guilty to one count of possession of a firearm in

furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

The district court sentenced him in accordance with the sentence recommended by

the parties to 120 months' imprisonment. Although Mr. Dixon's plea agreement

included a waiver of his right to appeal, he filed this appeal. The government has

moved to enforce the appeal waiver under *United States v. Hahn*, 359 F.3d 1315

(10th Cir. 2004) (en banc) (per curiam). Through his counsel, Mr. Dixon concedes

that the appeal waiver is enforceable under the standards set forth in *Hahn*. Based on

_____

[*] This order and judgment is not binding precedent, except under the doctrines
of law of the case, res judicata, and collateral estoppel. It may be cited, however, for
its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

this concession and our independent review of the record, we grant the government's

motion and dismiss the appeal.

Entered for the Court
Per Curiam